

Opinions of the United
States Court of Appeals
for the Third Circuit

2-11-1999

# Kapral v. USA

Precedential or Non-Precedential:

Docket 97-5545

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation
"Kapral v. USA" (1999). *1999 Decisions.* Paper 37.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/37

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                UNITED STATES COURT OF APPEALS
                    FOR THE THIRD CIRCUIT




                          No. 97-5545
                          Kapral v. USA


     The following modifications have been made to the Court's
opinion issued on February 2, 1999 in the above-entitled appeal
and will appear as part of the final version of the opinion:


        On page 25 of the slip opinion, please remove the "," after the word
        "but" so that the sentence reads as follows:  I would not quarrel
with
        the canon set out in Russello even if it were my prerogative to do
so,
        but I do not agree . . . .

        On page 27, please insert a "." following the closed parenthesis so
        that the sentence reads as follows:  See 464 U.S. at 23 ("We would
not
        presume to ascribe this difference to a simple mistake in
        draftsmanship.").

        Lastly, on page 28, please insert quotation marks following the word
        "final" so that the sentence reads as follows: Like many prior
habeas
        reform bills introduced during the preceding decade, . . . including
        "the date on which the judgment of conviction becomes final."




                          /s/ P. Douglas Sisk,
                                Clerk




February 11, 1999
```